██ In the Matter of ANGEL DAVILA, Appellant. COMMISSIONER OF LABOR, Respondent. [16 NYS3d 786]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed April 28, 2014, which ruled that claimant was disqualified from receiving unemployment insurance benefits because his employment was terminated due to misconduct.

Decision affirmed. No opinion.

Peters, P.J., McCarthy, Rose and Devine, JJ., concur. Ordered that the decision is affirmed, without costs.